IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. BERNARDO, ARACELI B. BERNARDO,<br><br>    Plaintiffs,<br><br>  v.<br><br>US BANK NATIONAL ASSOCIATION,<br><br>    Defendant.<br>_____/ | No. C 10-4785 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On August 22, 2010, pro se Plaintiffs Jose M. Bernardo and Araceli B. Bernardo filed this foreclosure-related action against Defendant U.S. Bank National Association.

On August 22, 2011, the Court issued an order granting Defendant's motion to dismiss and denied as moot Plaintiffs' motion for a preliminary injunction.  At that time, the Court granted Plaintiffs leave to amend to cure the deficiencies in their original complaint within fourteen days and warned that failure to file an amended complaint would result in dismissal of their action for failure to prosecute.  Plaintiffs have not filed an amended complaint.

On August 31, 2011, the United State Postal Service returned the order as undeliverable to Plaintiff Jose M. Bernardo.  On September 26, 2011, the United State Postal Service returned the order as undeliverable to Plaintiff Araceli B. Bernardo.

Because Plaintiffs have failed to file an amended complaint as required by the August 22, 2011 order and have failed to update

their current address or addresses, Plaintiffs' complaint is dismissed for failure to prosecute.

    IT IS SO ORDERED.

Dated: 11/14/2011

CLAUDIA WILKEN
United States District Judge